|  | TYPE OF HEARING: IA |
|---|---|
|  | CASE NUMBER: 1:21-mj-146 |
|  | MAGISTRATE JUDGE: MSN |
|  | DATE: 4/22/2021 |
|  | TIME: 2:21-2:33 |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |
|  | DEPUTY CLERK: L.Creek |

UNITED STATES OF AMERICA

       VS.

   Michael Adams

GOVT. ATTY   Sarah Roessler

DEFT'S ATTY   Lula Hagos

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( x )
COURT TO APPOINT COUNSEL ( x ) -FPD

Deft consents to VTC. Govt does not seek detention. Deft placed on PR bond with conditions.

PROBABLE CAUSE FOUND (   ) / NOT FOUND (   )

BOND _____

NEXT COURT APPEARANCE  4/29/2021  (US Dist Court of DC)   TIME  1:00 pm (PH)-ZOOM