UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.                                                    Case Number 1:21-mj-146

MICHAEL GARETH ADAMS,
*Defendant.*

VIDEO OR TELEPHONE CONFERENCING ORDER
FOR CRIMINAL PROCEEDINGS

In accordance with Case No. 2:20mc7, Gen. Order 2020-09, this Court finds that the defendant has consented to the use of video or telephone conferencing to conduct the preliminary criminal proceeding(s) to be held today, as authorized by § 15002(b)(1) of the CARES Act. *See* CARES Act, H.R. 748, 116th Congress (2020). As previously found in Case No. 2:20mc7, such preliminary criminal proceeding(s) fall(s) within the class of "critical" proceedings that should not be materially delayed in light of the ongoing COVID-19 pandemic. *See* Case No. 2:20mc7, Gen. Orders 2020-03 and 2020-07. Accordingly, it is hereby

ORDERED that the criminal proceeding(s) to be held on this date may be conducted by Video Teleconferencing.

_____
/s/
Michael S. Nachmanoff
United States Magistrate Judge

April 22, 2021
Alexandria, Virginia